**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

RODNEY DUTRA,

    Plaintiff,

v.                                                        CASE NO. 2:11-CV-00248-FtM-36DNF

PERFORMANCE RECEIVABLES
MANAGEMENT,

    Defendant.
_____/

## **ORDER**

      This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Douglas Frazier, on November 28, 2011 (Doc. 14). In the Report and Recommendation, Judge Frazier recommends that this action be dismissed for failure to prosecute. Neither party has objected to the Report and Recommendation and the time to do so has expired.

      The Court is in agreement with the Magistrate that this case should be dismissed for want of prosecution. *See* M.D.Fla. Local Rule 3.10(a). Plaintiff has failed to comply with the Court's Orders, including failing to respond to the Order granting his counsel's Motion to Withdraw (Doc. 12) and failing to respond to the Order to Show Cause issued on October 24, 2011 (Doc. 13). Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. This action is **DISMISSED**, without prejudice.

3. The Clerk is directed to terminate all deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on December 14, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD